IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVIS NGUYEN,

    Petitioner,             No. 2:11-cv-2404 MCE KJN P

  vs.

ANTHONY HEDGPETH,

    Respondent.           ORDER
_____/

      On January 22, 2013, petitioner filed a motion to stay his petition for writ of habeas corpus so that he may return to state court to exhaust a recently-discovered new claim. Although the case number on the first page of petitioner's filing is incorrect, he listed the correct case number in his declaration. (Dkt. No. 15 at 3.) Moreover, although petitioner claims he seeks a stay in lieu of filing an opposition to respondent's motion (id. at 1), and no motion has been filed in this action, petitioner's filing makes clear that he seeks to stay the instant habeas action while pursuing exhaustion of a new claim in state court. Petitioner has no other cases on file in the Eastern District of California.

////

////

////

      Accordingly, IT IS HEREBY ORDERED that respondent shall file an opposition, or statement of non-opposition, to petitioner's motion for stay within twenty-one days from the date of this order. Petitioner's reply, if any, shall be filed seven days thereafter.

DATED: February 27, 2013

                                 /s/ Kendall J. Newman
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE

nguy2404.fb