UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS NGUYEN, | No. 2:11-cv-2404 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| TIM VIRGA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that respondent shall notify this court, within fourteen days, whether he has any objection to the dismissal of this action. Should respondent fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). See Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: August 7, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nguy2404.159a