UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS NGUYEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TIM VIRGA,<br><br>　　　　　Respondent. | No. 2:11-cv-2404 TLN KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. On August 7, 2013, respondent was granted fourteen days in which to file any objection. That time has now passed and respondent has not objected to this dismissal. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated:  August 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nguy2404.159

1